# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEX LEONARD AZEVEDO,

Petitioner,

v.

COLUSA COUNTY,

Respondent.

No. 2:17-CV-0457-JAM-DMC-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court are petitioner's motion for an extension of time (Doc. 16) and petitioner's motion for appointment of counsel (Doc. 18).

Petitioner seeks an extension of time to file objections to the court's August 6, 2018, findings and recommendations. Good cause appearing therefor, the request is granted. Petitioner may file objections within 30 days of the date of this order.

Petitioner also seeks the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the instant case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (Doc. 16) is granted;

2. Petitioner may file objections to the court's August 6, 2018, findings and recommendations within 30 days of the date of this order; and

3. Petitioner's motion for appointment of counsel (Doc. 18) is denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: September 19, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE