IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>Petitioner,<br><br>v.<br><br>COLUSA COUNTY,<br><br>Respondent. | No.  2:17-CV-0457-JAM-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Final judgment has been entered and Petitioner did not appeal.  Pending before the Court in this closed case are Petitioner's motion for ruling, ECF No. 35, and Petitioner's request to be excused from electronic filing, ECF No. 36.  Petitioner's motions are denied because this action is closed.

IT IS SO ORDERED.

Dated:  August 17, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1